OPINION — AG — ** INTEREST RATES — ASSESSMENT ORDINANCE ** THE INTEREST RATES PROVIDED IN HOUSE BILL NO. 1239, CODIFIED AS 11 O.S. 1975 Supp., 103 [11-103], 11 O.S. 1975 Supp., 151 [11-151] ARE APPLICABLE TO BOTH THE ASSESSMENT ORDINANCE AND THE BOND RESOLUTION PROVIDED FOR IN 11 O.S. 1975 Supp., 103 [11-103], 11 O.S. 1975 Supp., 151 [11-151], WHERE SAID ORDINANCE AND RESOLUTION WERE NOT ADOPTED PRIOR TO THE EFFECTIVE DATE OF HOUSE BILL NO. 1239, THAT BEING SEPTEMBER 5, 1975. CITE: 11 O.S. 1975 Supp., 151 [11-151] (MIKE D. MARTIN)